**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Leslie Finkel,<br><br>  Plaintiff,<br><br>v.<br><br>Naphcare LLC, et al.,<br><br>  Defendants. | No. CV-23-02501-PHX-KML (JFM)<br><br>**ORDER** |

On February 19, 2025, plaintiff Brian Finkel filed a notice of interlocutory appeal and a motion to stay. (Doc. 71, 72.) Finkel is attempting to appeal the denial of his request to amend his complaint, and he requests a stay of this case until the appellate court resolves his appeal. "An order denying leave to amend a complaint is not appealable." *Hall v. City of Los Angeles*, 697 F.3d 1059, 1070 (9th Cir. 2012). Finkel's appeal is not permitted and there is no basis to stay this case.

Accordingly,

**IT IS ORDERED** the Motion to Stay (Doc. 72) is **DENIED**.

Dated this 21st day of February, 2025.

*/s/ Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge