**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Leslie Finkel,<br><br>        Plaintiff,<br><br>v.<br><br>Naphcare LLC, et al.,<br><br>        Defendants. | No. CV-23-02501-PHX-KML (JFM)<br><br>**ORDER** |

Over plaintiff Brian Finkel's objections, the court adopted a Report and Recommendation in part and denied Finkel's motion to amend his complaint. (Doc. 70.) Finkel seeks reconsideration of that order claiming "new information has become available that would have changed the Court's ruling." (Doc. 77 at 1.) Finkel explains he recently received "voluminous discovery" that provides a "much clearer picture of the constitutional violations that caused his injury." (Doc. 77 at 3.) Finkel wishes to file an amended complaint to allege "a claim against Defendants Kumar, Mahn, Weigle, and any other defendants." (Doc. 77 at 5.)

Finkel's motion for reconsideration includes more than two hundred pages of medical records. Finkel does not point to specific portions of those records, nor does he provide any specific explanation how those medical records support a plausible claim against the individuals he wishes to add as defendants. The court cannot assess the importance of this allegedly-new information without some indication why Finkel believes it is important.

There is no basis to grant the motion for reconsideration. If Finkel still wishes to amend his complaint, he must file a motion establishing a basis for altering the scheduling order, a motion to amend his complaint, and a proposed amended complaint. That proposed amended complaint must comply with Local Rule 15.1 by starting with a version of the current complaint and then "bracketing or striking through the text to be deleted and underlining the text to be added."

Accordingly,

**IT IS ORDERED** the Motion for Reconsideration (Doc. 77) is **DENIED**.

Dated this 17th day of March, 2025.

Honorable Krissa M. Lanham
United States District Judge